**RCC**

**FILED**

**FEBRUARY 1, 2008**

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**08 C 713**

In the Matter of

Dexter Johnson and Vance Estes

v.

City of Harvey, et al.

Case Number:

**JUDGE ZAGEL**
**MAGISTRATE JUDGE KEYS**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiffs

| |
|---|
| NAME (Type or print) <br> Garrett W. Browne |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Garrett W. Browne |
| FIRM <br> Ed Fox & Associates |
| STREET ADDRESS <br> 300 W. Adams Street, Suite 330 |
| CITY/STATE/ZIP <br> Chicago, IL 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6242592 | TELEPHONE NUMBER <br> 312-345-8877 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐