# US DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                         Case Number:

Dexter Johnson and Vance Estes,                          08 C 713
v.
The City of Harvey and Unknown Harvey                    Hon. Judge James B. Zagel
Police Officers                                          Magistrate Judge Arlander Keys

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

City of Harvey

| |
|---|
| NAME (Type or Print)<br>Joseph R. Marconi |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/Joseph R. Marconi |
| FIRM<br>Johnson & Bell, Ltd. |
| STREET ADDRESS<br>33 W. Monroe St., Ste 2700 |
| CITY/STATE/ZIP<br>Chicago, Illinois 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>01760173 | TELEPHONE NUMBER<br>(312) 372-0770 |
|---|---|

| | | | |
|---|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES x | NO ☑ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ | |
| ARE YOU A MEMBER OF THE COURT'S TRIAL BAR? | YES ☐ | NO ☑ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐ | | | |