# US DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Dexter Johnson and Vance Estes,<br>v.<br>The City of Harvey and Unknown Harvey<br>Police Officers | 08 C 713<br><br>Hon. Judge James B. Zagel<br>Magistrate Judge Arlander Keys |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

City of Harvey

| NAME (Type or Print)<br>Eydie R. Glassman |
|---|
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/Eydie R. Glassman |
| FIRM<br>Johnson & Bell, Ltd. |
| STREET ADDRESS<br>33 W. Monroe St., Ste 2700 |
| CITY/STATE/ZIP<br>Chicago, Illinois 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>06277536 | TELEPHONE NUMBER<br>(312) 984-0271 |
|---|---|

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU A MEMBER OF THE COURT'S TRIAL BAR? | YES ☐ | NO ☒ |

| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒ | NO ☐ |
|---|---|---|

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐ |
|---|