IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **DEXTER JOHNSON and VANCE ESTES** ) | |
| ) | |
| Plaintiffs, ) | Case No. 08 C 713 |
| ) | |
| vs. ) | |
| ) | |
| The **City of Harvey** and Harvey Police Commander ) | |
| Annette Avant, Star No. 306, Detective Escalante, ) | **JUDGE ZAGEL** |
| Star No. 412, and Police Officer K. Smth, Star No.648) | |
| Defendants. ) | |

NOTICE OF FILING

TO: Eydie Glassman, Johnson & Bell, Ltd., Suite 2700, 33 W. Monroe Street, Chicago, IL. 60603

**PLEASE TAKE NOTICE** that on July 11, 2008, the undersigned electronically filed with the Clerk of this Court, the **PLAINTIFF'S FIRST AMENDED COMPLAINT** service of which is being made upon you.

          S/Garrett Browne
          Garrett Browne

ED FOX & ASSOCIATES
300 West Adams, Suite 330
Chicago, IL 60606
(312) 345-8877

CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2008, I filed and served the foregoing with the Clerk of the Court using the Cm/EMF system.

          /s/Garrett Browne
          Garrett Browne
          ED FOX & ASSOCIATES
          300 West Adams, Suite 330
          Chicago, IL 60606
          (312) 345-8877
          gbrowne@efox-law.com