UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | | |
|---|---|---|
| DEXTER JOHNSON and VANCE ESTES, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No.  08 C 713 |
| | ) | |
| THE CITY OF HARVEY AND | ) | Judge James B. Zagel |
| HARVEY POLICE COMMANDER | ) | |
| ANNETTE AVANT, STAR NO. 306, | ) | |
| DETECTIVE ESCALANTE, STAR NO: | ) | |
| 412, and POLICE OFFICER K.SMITH | ) | |
| STAR NO. 648 | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of September, 2008, I electronically filed Defendants' Answer to Plaintiff's First Amended Complaint at Law, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Garrett Brown
Ed Fox & Associates
300 W. Adams Street, Suite 330
Chicago, IL 60606

I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:  None.

_____/s Eydie R. Glassman _____

Joseph R. Marconi
Eydie R. Glassman
Gabriel R. Judd
JOHNSON & BELL, LTD.
33 E. Monroe Street
Suite 2700
Chicago, Illinois  60603
(312) 372-0770